**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-62818-SINGHAL

HEALTH MANAGEMENT ASSOCIATES, INC.,
a Michigan Corporation,

    Plaintiff,

vs.

VERIFYID, LLC, a/k/a MEDICFP, LLC,
a Delaware Limited Liability Company,

    Defendant.
_____/

## CONSENT FINAL JUDGMENT

**THIS CAUSE** having come before the Court upon Plaintiff HEALTH MANAGEMENT ASSOCIATES, INC., ("Plaintiff") and Defendant VERIFYID, LLC, a/k/a MEDICFP, LLC's ("Defendant") Joint Motion for Entry of Consent Judgment (the "Motion"), the Parties stipulating and agreeing, the Court having reviewed the Motion and being otherwise fully advised in the premises, the Court grants the Motion and finds as follows:

    1.    On November 12, 2019, Plaintiff filed this lawsuit against Defendant for breach of contract, unjust enrichment and account stated (DE [1]).

    2.    On December 19, 2019, Defendant filed its Answer and Affirmative Defenses to Complaint (DE [11]) asserting that it is neither in breach nor indebted to Plaintiff.

    3.    For various reasons and without admitting liability, Plaintiff and Defendant have agreed to resolve all claims alleged in the above-captioned lawsuit.

4.  Defendant consents to the entry of a judgment in favor Plaintiff in the amount of One Hundred Twenty Five Thousand Dollars ($125,000.00) reflecting pre-judgment interest, costs and attorneys' fees incurred by Plaintiff to obtain this Consent Judgment.

5.  The Parties represent that they have had the opportunity to obtain the advice of an attorney of their choosing concerning the terms of this Consent Final Judgment and the legal consequences of agreeing to this Consent Final Judgment

Accordingly, Plaintiff and Defendant consent and agree to the jurisdiction of this Court, the findings as listed above, and the entry of this Consent Final Judgment.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Defendant has stipulated and agreed to jurisdiction of this Court and entry of this Consent Final Judgment.

**IT IS FURTHER ORDERED** that Judgment is entered on all counts of the Complaint in favor of Plaintiff, HEALTH MANAGEMENT ASSOCIATES, INC., One Michigan Avenue Building, 120 North Washington Square, Suite 705, Lansing, Michigan 48933, and against Defendant, VERIFYID, LLC, a/k/a MEDICFP, LLC, 1942 Harrison Street, Hollywood, Florida 33020.  Plaintiff shall have and recover from Defendant the amount of One Hundred Thousand Dollars and 00/100 ($100,000.00) which reflects the outstanding balance of the amount allegedly owed to Plaintiff under the Contract, plus $25,000.00, which reflects attorneys' fees and costs incurred by Plaintiff in this lawsuit and  prejudgment interest for a total judgment amount of $125,000.00 (the "Judgment Amount").  The Judgment Amount shall bear interest at the rate of 2.59% per annum from the date of this Judgment, for which sum let execution issue.

**IT IS FURTHER ORDERED** that Defendant waives any right to challenge, object to, or appeal this Consent Judgment.

**IT IS FURTHER ORDERED** that, except to register this Consent Final Judgment for perfection purposes, Plaintiff shall refrain from executing upon this Consent Final Judgment for ninety (90) days from the date of registration with the Secretary of State.

**IT IS FURTHER ORDERED** that Defendant is enjoined from filing for any type of bankruptcy or insolvency protection from entry hereof and prior to ninety-one (91) days from the registration of this Consent Final Judgment with the Secretary of State, which shall be registered within fourteen (14) days from the entry hereof.

**IT IS FURTHER ORDERED** that Defendant shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) attached hereto, including all required attachments, and serve it on the attorneys for Plaintiff within ninety-one (91) days from the registration of this Consent Final Judgment with the Secretary of State, unless the Judgment Amount is satisfied or post-judgment discovery is stayed.  A copy of the Fact Information Sheet is attached to this Consent Final Judgment.

**IT IS FURTHER ORDERED** that jurisdiction of this case is retained to enforce this Consent Final Judgment and enter further orders that are proper to compel Defendant to fully complete Form 1.977, including all attachments, and return it to the attorneys for Plaintiff.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of June 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-62818-SINGHAL

HEALTH MANAGEMENT ASSOCIATES, INC.,
A Michigan Corporation,

    Plaintiff,

vs.

VERIFYID, LLC, a/k/a MEDICFP, LLC,
A Delaware Limited Liability Company,

    Defendant.
_____/

**FACT INFORMATION SHEET**

Name of entity:

Name and title of person filling out this form:

Telephone number:

Place of business:

Mailing address (if different):

Gross/taxable income reported for federal income tax purposes last three years:

$ ___ /$ ___  $ ___ /$ ___  $ ___ /$ ___

Taxpayer identification number:

Is this entity an S corporation for federal income tax purposes? _____ Yes _____ No

Average number of employees per month

Name of each shareholder, member, or partner owning 5% or more of the entity's common stock, preferred stock, or other equity interest:

Names of officers, directors, members, or partners:

Checking account at: _____ Account #

Savings account at: _____ Account #

Does the entity own any vehicles? ___ Yes ___ No

For each vehicle please state:

Year/Make/Model: _____ Color:

Vehicle ID No:

_____

Tag No:

Mileage:

Names on Title: _____ Present Value: $

Loan Owed to:

Balance on Loan: $

Monthly Payment: $

Does the entity own any real property? ___ Yes ___ No

If yes, please state the address(es):

Please check if the entity owns the following:

___ Boat

___ Camper

___ Stocks/bonds

___ Other real property

___ Other personal property

Please attach copies of the following:

1. Copies of state and federal income tax returns for the past 3 years.

2. All bank, savings and loan, and other account books and statements for accounts in institutions in which the entity had any legal or equitable interest for the past 3 years.

3. All canceled checks for the 12 months immediately preceding the service date of this Fact Information Sheet for accounts in which the entity held any legal or equitable interest.

4. All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date this lawsuit was filed.

5. Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the entity within the 12 months immediately preceding the date this lawsuit was filed.

6. Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by the entity alone or with others.

7. Financial statements as to the entity's assets, liabilities, and owner's equity prepared within the 12 months immediately preceding the service date of this Fact Information Sheet.

8. Minutes of all meetings of the entity's members, partners, shareholders, or board of directors held within 2 years of the service date of this Fact Information Sheet.

9. Resolutions of the entity's members, partners, shareholders, or board of directors passed within 2 years of the service date of this Fact Information Sheet.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

Judgment Debtor's Designated

Representative/Title

STATE OF _____

COUNTY OF _____

Sworn to (or affirmed) and subscribed before me this \_\_\_ day of _____ (year), by (name of person making statement).

Notary Public State of _____

My Commission expires:

Personally known \_\_\_ OR Produced identification

Type of identification produced

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE PLAINTIFF JUDGMENT CREDITOR OR THE PLAINTIFF'S JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF THE COURT**